UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AD HOC COMMITTEE OF HOLDERS OF TRADE CLAIMS,<br><br>Plaintiffs,<br><br>v.<br><br>JASON P. WELLS, et al.,<br><br>Defendants. | Case No. 20-cv-01493-HSG<br><br>**ORDER (1) DIRECTING PARTIES TO MEET AND CONFER ON BRIEFING SCHEDULE FOR MOTION FOR LEAVE TO APPEAL, AND (2) VACATING DATES IN THE INITIAL CASE MANAGEMENT SCHEDULING ORDER**<br><br>Re: Dkt. No. 3 |

Pending before the Court is the motion filed by the Ad Hoc Committee of Holders of Trade Claims' for leave to appeal an Order of the Bankruptcy Court for the Northern District of California regarding post-petition interest. Dkt. No. 3. On February 28, 2020, an initial case management scheduling order was entered. Dkt. No. 2.

Having reviewed the motion for leave to appeal and the accompanying memorandum in support, the Court hereby **ORDERS** that (1) the parties meet and confer and jointly propose a briefing schedule for the motion for leave to appeal (Dkt. No. 3) within 7 days of the date of this Order, and (2) the dates listed in the initial case management scheduling order (Dkt. No. 2) are vacated pending resolution of the motion for leave to appeal.

**IT IS SO ORDERED.**

Dated: 3/3/2020

_Haywood S. Gilliam, Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge