UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AD HOC COMMITTEE OF HOLDERS OF TRADE CLAIMS, et al.,<br><br>Appellants,<br><br>v.<br><br>PG&E CORPORATION, et al.,<br><br>Appellees. | Case No. 20-cv-01493-HSG<br><br>**ORDER ON BRIEFING SCHEDULE FOR MOTION FOR LEAVE TO APPEAL**<br><br>Re: Dkt. No. 23 |

On March 10, 2020, the parties submitted the *Joint Stipulation and [Proposed] Order Regarding Briefing Schedule in Connection with Motion of Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest* (the "Joint Stipulation," Dkt. No. 23). The Court having reviewed the Joint Stipulation hereby **ORDERS** as follows:

1. Objections to the Motion for Leave (Dkt. No. 3) and any Cross-Motions shall be filed no later than March 13, 2020;

2. The Trade Committee and Cross-Movants shall file replies in support of their respective Motion for Leave or Cross-Motions no later than March 27, 2020;

3. The Court will consolidate, by separate order, the following cases with the above-captioned case: 20-cv-01621-HSG; 20-cv-01652-HSG; 20-cv-01654-HSG; 20-cv-01658-HSG; and 20-cv-01659-HSG;

4. All parties are further directed to meet and confer regarding the filing of consolidated brief(s) that will obviate overlapping and repetitive briefs; and

5. The Court will set a briefing schedule with respect to the merits of the appeal after the Court rules on the Motion for Leave.

**IT IS SO ORDERED.**

Dated: 3/10/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge