UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AD HOC COMMITTEE OF HOLDERS OF TRADE CLAIMS et. al.,<br><br>    Appellants,<br><br>    v.<br><br>PG&E CORPORATION, et al.,<br><br>    Appellees. | Case No. 20-cv-01493-HSG<br><br>**ORDER CONSOLIDATING RELATED ACTIONS** |
| MIZUHO BANK, LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>PG&E CORPORATION,<br><br>    Defendant. | Case No. 20-cv-01621-HSG |
| PG&E CORPORATION ET AL,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. TRUSTEE,<br><br>    Defendant. | Case No. 20-cv-01652-HSG |
| AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS OF PG&E CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>PG&E CORPORATION,<br><br>    Defendant. | Case No. 20-cv-01654-HSG |

| | |
|---|---|
| CITIBANK NA,<br>　　　　Plaintiff,<br>　　v.<br>PG&E CORPORATION,<br>　　　　Defendant. | Case No. 20-cv-01658-HSG |
| BOKF, NA,<br>　　　　Plaintiff,<br>　　v.<br>PG&E CORPORATION,<br>　　　　Defendant. | Case No. 20-cv-01659-HSG |

It is hereby **ORDERED** that the cases captioned 20-cv-01621-HSG; 20-cv-01652-HSG; 20-cv-01654-HSG; 20-cv-01658-HSG; and 20-cv-01659-HSG are hereby consolidated into the case captioned *Ad Hoc Committee of Holders of Trade Claims v. PG&E Corporation*, Case No. 20-cv-01493-HSG.

The earlier-filed civil action, Case No. 20-cv-01493-HSG, shall serve as the lead case. The clerk is directed to administratively close the later-filed actions, Case Nos. 20-cv-01621-HSG; 20-cv-01652-HSG; 20-cv-01654-HSG; 20-cv-01658-HSG; and 20-cv-01659-HSG. All future filings should be done in the lead case only.

**IT IS SO ORDERED.**

Dated: 3/12/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge