| | |
|---|---|
| DAVID M. FELDMAN (*pro hac vice*) <br> dfeldman@gibsondunn.com <br> MATTHEW K. KELSEY (*pro hac vice*) <br> mkelsey@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Avenue <br> New York, NY 10166-0193 <br> Telephone: 212.351.4000 <br> Facsimile: 212.351.4035 | MATTHEW D. McGILL (*pro hac vice*) <br> mmcgill@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1050 Connecticut Avenue, N.W. <br> Washington, DC 20036-5306 <br> Telephone: 202.955.8500 <br> Facsimile: 202.467.0539 |

MICHAEL S. NEUMEISTER, SBN 274220
 mneumeister@gibsondunn.com
MICHELLE CHOI, SBN 313557
 mchoi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for the Ad Hoc Committee of Holders of Trade Claims*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| AD HOC COMMITTEE OF HOLDERS OF TRADE CLAIMS, <br><br> Appellant, <br><br> v. <br><br> PG&E CORPORATION, et al., <br><br> Appellees, | Lead Case No. 20-cv-01493-HSG <br><br> Bankruptcy Case No. 19-bk-30088-DM <br><br> **JOINT STIPULATION AND ORDER EXTENDING PAGE LIMIT ON REPLY IN SUPPORT OF TRADE COMMITTEE'S MOTION FOR LEAVE TO APPEAL AND CROSS-MOTIONS** |
| MIZUHO BANK, LTD., <br><br> Appellant, <br><br> v. <br><br> PG&E CORPORATION, et al., <br><br> Appellees. | Case No. 20-cv-01621-HSG |

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>    Appellant,<br><br> v.<br><br>PG&E CORPORATION, et al.,<br><br>    Appellees. | Case No. 20-cv-01652-HSG |
| AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS OF PG&E CORPORATION,<br><br>    Appellant,<br><br> v.<br><br>PG&E CORPORATION, et al.,<br><br>    Appellees. | Case No. 20-cv-01654-HSG |
| CITIBANK N.A.,<br><br>    Appellant,<br><br> v.<br><br>PG&E CORPORATION, et al.<br><br>    Appellees. | Case No. 20-cv-01658-HSG |
| BOKF, NA,<br><br>    Appellant,<br><br> v.<br><br>PG&E CORPORATION, et al.<br><br>    Appellees. | Case No. 20-cv-01659-HSG |

**JOINT STIPULATION**

WHEREAS, on February 20, 2020, the Trade Committee filed in the Bankruptcy Court the *Motion of Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest* [Bankr. D.I. 5845],[1] the *Memorandum in Support of Motion of Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest* [Bankr. D.I. 5846], and the *Notice of Motion of Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest* [Bankr. D.I. 5847] (collectively, the "Motion for Leave"), seeking leave to appeal the *Interlocutory Order Regarding Postpetition Interest* [Bankr. D.I. 5669] entered by the Bankruptcy Court on February 6, 2020 (the "PPI Order") and the related *Memorandum Decision Regarding Postpetition Interest* entered by the Bankruptcy Court on December 30, 2019 [Bankr. D.I. 5226] (the "PPI Memorandum" and together with the PPI Order, the "PPI Memorandum and Order");

WHEREAS, on March 4 and 5, 2020, additional parties (the "Cross-Movants") filed cross-motions relating to the appeal of the PPI Memorandum and Order [Bankr. D.I. 6060, 6101, 6120, 6124] (the "Cross-Motions" and, together with the Motion for Leave, the "Motions");

WHEREAS, in accordance with the Court's *Order (1) Directing Parties to Meet and Confer on Briefing Schedule for Motion for Leave to Appeal, and (2) Vacating Dates in the Initial Case Management Scheduling Order* [D.I. 5] (the "Order Regarding Briefing Schedule"), the parties met and conferred regarding a briefing schedule for the Motions, and submitted a *Joint Stipulation and [Proposed] Order Regarding Briefing Schedule in Connection with Motion of Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest* on March 10, 2020 [D.I. 23];

WHEREAS, on March 10, 2020, the Court entered the *Order on Briefing Schedule for Motion for Leave to Appeal* [D.I. 24] (the "Order Setting Briefing Schedule"), (i) setting a deadline of March 13, 2020 for the filing of oppositions to the Motions and a deadline of March 27, 2020 for the Trade Committee and Cross-Movants to file replies in support of their respective Motions,

---

[1] "Bankr. D.I." refers to filings on the docket for *In re PG&E Corporation, et al.*, Ch. 11 Case No. 19-30088 (DM) (Bankr. N.D. Cal.)

| | |
|---|---|
| 1 | and (ii) instructing the parties to meet and confer regarding the filing of consolidated briefs; |
| 2 | WHEREAS, on March 13, 2020, the Ad Hoc Committee of Senior Unsecured Noteholders, |
| 3 | BOKF, N.A., and the Ad Hoc Group of Subrogation Claim Holders filed a consolidated brief in |
| 4 | opposition to the Motions [D.I. 31] (the "Creditors' Opposition") and the appellees PG&E |
| 5 | Corporation and Pacific Gas and Electric Company (the "Appellees") filed a separate opposition |
| 6 | to the Motions [D.I. 32] (the "Appellee's Opposition" and, together with the Creditors' Opposition, |
| 7 | the "Oppositions"), with Certain PG&E Shareholders joining in the Appellee's Opposition; |
| 8 | WHEREAS, pursuant to Federal Rule of Bankruptcy Procedure 8013(f)(3)(C), any reply |
| 9 | brief filed in the District Court that is produced using a computer must not exceed 2,600 words; |
| 10 | and |
| 11 | WHEREAS, the Trade Committee will be submitting a reply brief in support of the Motion |
| 12 | for Leave (the "Trade Committee Reply"), and in light of the number and complexity of issues |
| 13 | raised in the Oppositions, the parties have agreed that additional pages are necessary to adequately |
| 14 | address the issues raised in the Oppositions; |
| 15 | IT IS THEREFORE STIPULATED that: |
| 16 | 1. The Trade Committee Reply in support of the Motion for Leave shall be limited to |
| 17 | 15 pages. |
| 18 | **IT IS SO STIPULATED.** |
| 19 | |
| 20 | [*Signatures to follow*.] |

Dated: March 24, 2020

| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP** | **WEIL, GOTSHAL & MANGES LLP** |
| By: /s/ *Michael S. Neumeister*<br>　David M. Feldman<br>　Matthew K. Kelsey<br>　Matthew D. McGill<br>　Michael S. Neumeister<br>　Michelle Choi<br><br>*Attorneys for the Ad Hoc Committee of Holders of Trade Claims* | By: /s/ *Theodore E. Tsekerides*<br>　Stephen Karotkin<br>　Ray C. Schrock<br>　Jessica Liou<br>　Theodore E. Tsekerides<br><br>*Attorneys for PG&E Corporation and Pacific Gas and Electric Company* |
| **KELLER BENVENUTTI KIM LLP** | **MILBANK LLP** |
| By: /s/ *Peter J. Benvenutti*<br>　Peter J. Benvenutti<br>　Jane Kim<br><br>*Attorneys for PG&E Corporation and Pacific Gas and Electric Company* | By: /s/ *Gregory A. Bray*<br>　Dennis F. Dunne<br>　Samuel A. Khalil<br>　Gregory A. Bray<br>　Thomas R. Kreller<br><br>*Attorneys for the Official Committee of Unsecured Creditors* |
| **AKIN GUMP STRAUSS HAUER & FELD LLP** | **STROOCK & STROOCK & LAVAN LLP** |
| By: /s/ *Abid Qureshi*<br>　Ashley Vinson Crawford<br>　Michael S. Stamer<br>　Ira S. Dizengoff<br>　David H. Botter<br>　Abid Qureshi<br><br>*Attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company* | By: /s/ *Kenneth Pasquale*<br>　Mark A. Speiser<br>　Kenneth Pasquale<br><br>*Attorneys for Mizuho Bank, Ltd., in its capacity as HoldCo Term Loan Administrative Agent* |

| | | |
|---|---|---|
| 1 | **ARENT FOX LLP** | **DAVID POLK & WARDWELL LLP** |
| 2 | | |
| 3 | By: /s/ *Aram Ordubegian* | By: /s/ *Timothy Graulich* |
| | Aram Ordubegian | Timothy Graulich |
| 4 | Andrew I. Silfen | David Schiff |
| | Beth M. Brownstein | Daniel E. Meyer |
| 5 | | Andrew D. Yaphe |
| 6 | *Attorneys for BOKF, NA, in its capacity as* | |
| | *Indenture Trustee for the Utility Senior Notes* | *Attorneys for Citibank N.A., as Administrative* |
| 7 | | *Agent for the Utility Revolving Credit Facility* |
| 8 | **JONES DAY** | |

By: /s/ *James O. Johnston*
    Bruce S. Bennett
    Joshua M. Mester
    James O. Johnston

*Attorneys for Certain PG&E Shareholders*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Michael Neumeister, hereby attest that concurrence in the filing of this document has been obtained from counsel for PG&E Corporation and Pacific Gas and Electric Company, counsel for Certain PG&E Shareholders, counsel for BOKF, NA, in its capacity as Indenture Trustee for the Utility Senior Notes, counsel for the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company, counsel for the Official Committee of Unsecured Creditors, counsel for Mizuho Bank, Ltd., in its capacity as Holdco Term Loan Administrative Agent, and counsel for Citibank, N.A., as Administrative Agent for the Utility Revolving Credit Facility.

Dated: March 24, 2020     **GIBSON, DUNN & CRUTCHER LLP**

/s/ *Michael S. Neumeister*
Michael S. Neumeister

*Attorneys for the Ad Hoc Committee of Holders of Trade Claims*

**ORDER**

By joint stipulation on March 24, 2020, the parties submitted the *Joint Stipulation and Proposed Order Extending Page Limit on Reply in Support of Trade Committee's Motion for Leave to Appeal and Cross-Motions* (the "Joint Stipulation").[2]

NOW THEREFORE, the District Court approves the Joint Stipulation and orders as follows:

1. The Trade Committee Reply in support of the Motion for Leave shall be limited to 15 pages.

**IT IS SO ORDERED.**

Dated: 3/25/2020

The Honorable Haywood S. Gilliam, Jr.
United States District Judge

---

[2] Capitalized terms not otherwise defined herein shall have the meanings afforded to them in the Joint Stipulation.