# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Ad Hoc Committee of Holders of Trade Claims et al.,

    Plaintiff(s),

v.

PG&E Corporation et al.,

    Defendant(s).

Case No: 4:20-cv-01493-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Jackson D. Toof, an active member in good standing of the bar of Virginia, DC & New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes in the above-entitled action. My local co-counsel in this case is Aram Ordubegian, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| ARENT FOX LLP<br>1717 K Street NW<br>Washington, DC 20006 | ARENT FOX LLP<br>55 Second Street, 21st Floor<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD:<br>(202) 857-6130 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 805-7940 |
| MY EMAIL ADDRESS OF RECORD:<br>jackson.toof@arentfox.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>aram.ordubegian@arentfox.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 48842 (VA).

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/13/20

                             Jackson D. Toof
                               APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jackson D. Toof is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/26/2020

                             *Haywood S. Gill Jr.*
                         UNITED STATES DISTRICT JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT JACKSON DAVID TOOF IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. TOOF WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 11, 2002, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued October 3, 2019

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Jackson D Toof*

was duly qualified and admitted on July 11, 2003 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 2, 2019.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Jackson David Toof

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **11th day of August, 2016**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **3rd day of October, 2019**.

*Robert D. Mayberger*

Clerk