Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

AD HOC COMMITTEE OF HOLDERS OF TRADE CLAIMS, et. al.,

    Appellant(s),

v.

PG&E CORPORATION, et. al.,

    Appellee(s).

Case No: 20-cv-01493-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER (CIVIL LOCAL RULE 11-3)

I, Andrew Michael Leblanc, an active member in good standing of the bar of State of New York and District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Official Committee of Unsecured Creditors of PG&E Corp., et al. in the above-entitled action. My local co-counsel in this case is Gregory A. Bray, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| MILBANK LLP<br>1850 K St. N.W.,<br>Washington, DC 20006 | MILBANK LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD:<br>(202) 835-7500 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(424) 386-4000 |
| MY EMAIL ADDRESS OF RECORD:<br>aleblanc@milbank.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>gbray@milbank.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4869848.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:

                                         Andrew Michael Leblanc
                                                  APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Andrew Michael Leblanc is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/30/2020

                                         UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Andrew Michael Leblanc

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **29th day of October, 2010**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **21st day of June, 2019**.

*Robert D. Mayberger*

Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Andrew M. LeBlanc*

was duly qualified and admitted on **October 4, 2002** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on June 19, 2019.

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.