Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

AD HOC COMMITTEE OF HOLDERS OF TRADE CLAIMS, et. al.,

Appellant(s),

v.

PG&E CORPORATION, et. al.,

Appellee(s).

Case No: 20-cv-01493-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER
(CIVIL LOCAL RULE 11-3)

I, Alan J. Stone, an active member in good standing of the bar of State of Delaware, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Official Committee of Unsecured Creditors of PG&E Corp., et al. in the above-entitled action. My local co-counsel in this case is Gregory A. Bray, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| MILBANK LLP<br>55 Hudson Yards<br>New York, N.Y. 10001 | MILBANK LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD:<br>(212) 530-5000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(424) 386-4000 |
| MY EMAIL ADDRESS OF RECORD:<br>astone@milbank.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>gbray@milbank.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2677.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: April 8, 2020

Alan J. Stone
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Alan J. Stone is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/4/2020

Haywood S. Gill Jr.
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Alan J. Stone** was admitted to practice as an attorney in the Courts of this State on **December 16, 1988,** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 20th day of March, 2020.



Lisa A. Dolph
Clerk of the Supreme Court